IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LOREN L. LEISER, SR.,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                11-cv-328-bbc

JEANNIE ANN VOEKS, R.N., DR. BRIAN J.
BOHLMANN, DR. KENNETH ADLER,
DR. BRUCE GERLINGER, DR. WILLIAM
BRAUNSTEIN, DR. JOAN M. HANNULA, DAVE
ROCK, REED RICHARDSON, PAMELA
WALLACE, BRADLEY HOMPE, JEFFREY PUGH,
JAMES GREER, R.N., HOLLY GUNDERSON,
TIMOTHY HAINES, JODI DOUGERTY, CHERYL
WEBSTER, KENNETH MILBECK, MATTHEW
GERBER, JEROME SWEENEY, PATRICK J.
LYNCH, JUDY BENTLEY, PATRICIA
SCHERREIKS, RENE ANDERSON, DAVID
BURNETT, WISCONSIN HEALTH CARE
INSURANCE DISABILITY PLAN, DR. JOHN
SPENCER ARCHINIHU, and JAMES LaBELLE,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) granting Dr. Brian J. Bohlman, Jeannie Ann Voeks, Dr. Kenneth Adler, Dr. Bruce Gerlinger, Dr. Joan M. Hannula, James Greer, Reed Richardson, Bradley Hompe, Holly Gunderson, Timothy Haines, Jodi Dougerty, Cheryl Webster, Kenneth Milbeck, Matthew Gerber, Jerome Sweeney, Patrick Lynch, Judy Bentley, Patricia

Scherreiks, Rene Anderson, David Burnett and James LaBelle's motion for summary judgment;

(2) dismissing plaintiff's claims against Dave Rock, Jeffrey Pugh, Pamela Wallace, Wisconsin Health Care Insurance Liability Plan without prejudice; and

(3) dismissing plaintiff's claims against Dr. William Braunstein and Dr. John Spencer Archinihu with prejudice and dismissing this case.

| /s/ | 11/1/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |